James H. Fosbinder #7070
IVEY FOSBINDER FOSBINDER LLLC
A LIMITED LIABILITY LAW COMPANY
1883 Mill Street
Wailuku, Hawaii 96793
Telephone: (808)242-4956
Facsimile: (808)249-0668
Email: jfosbinder@iff-law.com

Attorneys for Plaintiff
JEFFERSON A. FRANCO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| JEFFERSON A. FRANCO<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA N.A. AS SUCCESSOR TO COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOAN SERVICING, LP, AS SUCCESSOR TO COUNTRYWIDE HOME LOAN SERVICING, LP; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC; MERSCORP, INC.;<br>and JOHN DOES 1-50, inclusive<br><br>Defendants. | Civil No. CV10-00735 DAE KSC<br><br>**MOTION TO DISMISS (WITHOUT PREJUDICE): CERTIFICATE OF SERVICE** |

**NOTICE OF DISMISSAL (WITHOUT PREJUDICE)**

Plaintiff JEFFERSON A. FRANCO, by his undersigned attorneys, give notice in accordance with Fed. R. Civ. P. 41(a)(1), of the voluntary dismissal of the above-entitled

1

action without order of the Court.  Plaintiffs further state as follows:

1. Such dismissal is without prejudice and is not on the merits.

2. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by the Plaintiffs in their complaint in this case.

Dated September 6, 2011, Wailuku, Hawaii.

                         IVEY FOSBINDER FOSBINDER LLLC
                         A LIMITED LIABILITY LAW COMPANY


                         _/s/James H. Fosbinber_____
                         JAMES H. FOSBINDER
                         *Attorney for Plaintiffs*